E. R. Parker and B. J. Cassels, trading as Parker & Cassels, appellants, v. Harvey P. Ingham, trading as Exner Garment Company, appellee. Gen. No. 32,812.

Opinion filed November 19, 1928.

Cassels, Potter & Bentley, for appellants; George C. Bunge, of counsel. Samuel G. Rautbord, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Emma Chvatal, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 32,834.

Opinion filed November 19, 1928.

Hoyne, O'Connor & Rubinkam, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

The Wiersema State Bank, appellant, v. Joe Prevolsky, appellee. Gen. No. 32,843.

Opinion filed November 19, 1928.

Claude J. Dalenberg, for appellant. William C. Greatman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

C. Mallow, appellee, v. E. H. Carlson, appellant. Gen. No. 32,864.

Opinion filed November 19, 1928.

Lee, Phelps & Cleland, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Frances Pusateri, defendant in error, v. Ascan W. Kittner et al., plaintiffs in error. Gen. No. 32,867.

Opinion filed November 19, 1928.

Howard D. Moses, for plaintiffs in error; Carl J. Appell, of counsel. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.